# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| FANNIE KING-BROWN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 17-00232-KD-B |
| | ) | |
| ALABAMA HIGH SCHOOL | ) | |
| ATHLETIC ASSOCIATION, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

After due and proper consideration of all portions of the file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge (Doc. 17) made pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. LR 72(a)(2)(S), and dated January 30, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Alabama High School Athletic Association's Motion to Dismiss (Doc. 8) is **GRANTED.**

**DONE** and **ORDERED** this the **26th** day of **February 2018.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**